UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In re:
CHRISTOPHER DAVID SABIN,
Debtor.

CHRISTOPHER DAVID SABIN,
Plaintiff.
v.

UNITED STATES DEPARTMENT OF EDUCATION;
NELNET SERVICING, LLC;
SALLIE MAE BANK; and
SLM CORPORATION d/b/a SALLIE MAE,
Defendants.

COMPLAINT TO DETERMINE DISCHARGEABILITY OF STUDENT LOAN DEBT
(11 U.S.C. § 523(a)(8))

Paintiff Christopher David Sabin alleges:

1. Plaintiff is the debtor in the Chapter 7 case pending in this court as Case No. 2026-25236

2.This Court has jurisdiction under 28 U.S.C. §§ 157 and 1334. This is a core proceeding. This action is an adversary proceeding under Fed. R. Bankr. P. 7001(6).

3. Defendant United States Department of Education holds Plaintiff's federal student loans. Defendant Nelnet Servicing, LLC services those federal loans.

4. Defendants Sallie Mae Bank and SLM Corporation d/b/a Sallie Mae hold or service Plaintiff's private student loan.

5. Plaintiff's federal student loans include direct subsidized and direct unsubsidized loans with a total balance of $18,162.05 as of September 9th 2026.

6. Plaintiff's private student loan is a Sallie Mae Smart Option Student Loan originated about October 14th 2022. The approximate balance is $5,831.16 as of September 9th 2026.

7. Excepting these debts from discharge would impose an undue hardship on Plaintiff under 11 U.S.C. § 523(a)(8).

8. Plaintiff currently has no income. The only money the plaintiff receives is from his mother for certain expenses such as the car payment and the car insurance and for food and other unavoidable expenses.

9. Plaintiff did not complete a degree that allows for working from home options or increased earning potential.

10. Plaintiff has a medical condition that is not well documented but that prevents him from being able to perform many of the tasks that are required for the kind of work he has done in the past and can't return to any of the industries that he already knows about and would ordinarily have been able to find a job in (such as warehouse work or factory work).

11. Plaintiff does not believe his medical condition will go away within several years or possibly ever.

10. Plaintiff has made a good-faith effort to repay, including payments when employed, and forbearance after contacting the servicers.

PRAYER FOR RELIEF

Plaintiff requests that the Court enter a judgment determining that the student loans described above are dischargeable, and grant such other relief as is just.

Dated: September 9th 2026

Respectfully submitted,

Christopher D. Sabin

4340 Peninsula dr.

Modesto CA, 95356

Phone: (623) 296-9114

Email: Z9M@TUTAMAIL.COM